■ ACEA MOSEY, as Administrator of the Estate of LAURA CUMMINGS, Deceased, Appellant, v COUNTY OF ERIE, Respondent. (Appeal No. 2.) [48 NYS3d 907]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered May 11, 2015. The order, insofar as appealed from, granted that part of the motion of defendant for a protective order with respect to the demand concerning documents from the County Executive.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Mosey v County of Erie* ([appeal No. 1] 148 AD3d 1572 [2017]). Present—Smith, J.P., Carni, Lindley, DeJoseph and NeMoyer, JJ.

■ ACEA MOSEY, as Administrator of the Estate of LAURA CUMMINGS, Deceased, Appellant, v COUNTY OF ERIE, Respondent. (Appeal No. 3.) [48 NYS3d 908]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered May 3, 2016. The order, insofar as appealed from, denied that part of plaintiff's motion to settle the record with respect to inclusion of a transcript of oral argument of the motions at issue in appeal No. 1.

It is hereby ordered that the order insofar as appealed from is unanimously reversed on the law without costs, and that part of plaintiff's motion seeking inclusion of the transcript of oral argument in the record on appeal in appeal No. 1 is granted.

Same memorandum as in *Mosey v County of Erie* ([appeal No. 1] 148 AD3d 1572 [2017]). Present—Smith, J.P., Carni, Lindley, DeJoseph and NeMoyer, JJ.